UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DORIS KRAUSE,

    Plaintiff,

v.                                                        Case No. 8:11-cv-01905-T-17MAP

CIRCLE K, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on Defendant's motion to determine reasonable deposition fees (doc. 17). Defendant seeks to depose Plaintiff's treating dentist (Mayur Mehta, D.D.S.), because most of Dr. Mehta's records are handwritten and illegible. Upon scheduling Dr. Mehta's deposition, Defendant received Dr. Mehta's fee totaling $4,250.00 for a two hour deposition, a $3,000.00 pre-deposition review fee at a hourly rate of $625.00.[1] While Defendant's do not object to Dr. Mehta's $625.00 hourly rate, they do object to Dr. Mehta's pre-deposition review fee. Defendant's certificate of service indicates that a copy of their motion has been mailed to Dr. Mehta at 3488 E. Lake Road, Suite 401, Palm Harbor, FL, 34685 on March 15, 2012. Neither Plaintiff or Dr. Mehta have filed an opposition to Defendant's motion.

Rule 26(b)(4)(E) of the Federal Rules of Civil Procedure provides that, "[u]nless manifest injustice would result, the court must require that the party seeking discovery ... pay the expert a reasonable fee for time spent in responding to discovery under Rule 26(b)(4)(A)

---

[1] While Defendant states the pre-deposition review fee is $5,000.00, Dr. Mehta's March 12, 2012, letter evidences only a $3,000.00 "initial review fee." *See* doc. 17 p. 4; 17-2.

or (D)." Fed.R.Civ.P. 26(b)(4)(E). Courts within this district recognize the reasonableness of a fee is within the court's discretion. *Cartrette v. T & J Transp., Inc.,* No. 3:10-cv-277-J-25MCR, 2011 WL 899523, at * 1 (M.D.Fla. Mar. 15, 2011) (quoting *Coley v. Wal-mart Stores E., LP,* No. 3:06-cv-619-J-20HTS, 2008 WL 879294, at * 1 (M.D.Fla. Mar. 28, 2008).

Having reviewed Dr. Mehta's CV (Doc. 17-2), the demand for a $3,000.00 pre-deposition review is unreasonable. Accordingly, it is

ORDERED:

1. Defendant's motion to determine reasonable deposition fee (doc. 17) is granted.

2. Any pre-deposition review is to be paid at the hourly rate of $625.00.

DONE AND ORDERED in Tampa, Florida on April 16, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE